UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paul Fontecchio,

Plaintiff,

v.

US Bank National Association
and Performance Capital Management,

Defendants.

Civil 00-98 JRT/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: JAN 25, 2000.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JAN 25 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

[docket ] CIVIL/CRIMINAL [vdkttext]
4. Queries Docketing

Docket # : 0:0 -cv-98
Short Title: Fontecchio v. US Bank Natl Assoc REFER
Type: cv - Judge: Tunheim Magistrate: Noel

---

Summary of Event that Created the Document

| Filed | Entry Date | Last Update | History ID | Docketed by |
| --- | --- | --- | --- | --- |
| 1/25/00 | 1/26/00 | **/**/** | 1177060 | dl |

ORDER OF RECUSAL ( Magistrate Judge Franklin L. Noel / 1/25/00) |Case referred to Magistrate Judge John M. Mason| 1pg(s) (FILE NO. REMAINS THE SAME EXCEPT FOR MAGISTRATE JUDGE'S INITIALS - 00-98JRT/JMM) (cc: all counsel)

+viewing docket text

Transaction: o - -/ ord/ cs ref -

Command mode (? for commands)

For Immediate Release
January 3, 2000

# PRESS RELEASE

## UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

## FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100