**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paul Fontecchio,

Plaintiff,

vs.

US Bank, N.A., a Minnesota corporation and Performance Capital Management, a foreign corporation,

Defendants.

Court File No.: CV 00-CV-98 JRT/FLN

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Paul Fontecchio and defendant U.S. Bank National Association, through their respective undersigned attorneys, that all claims against defendant U.S. Bank National Association in the above-entitled action may be and hereby are dismissed with prejudice and on the merits, without costs or disbursements to any party.

Date: March 19, 2001.

DORSEY & WHITNEY LLP

By [signature]
Vernle C. Durocher, Jr. (#208966)
Thomas L. Nuss (#0287453)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendant
U.S. Bank National Association

FILED MAR 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: March 14, 2001.

Peter F. Barry, Esq. (#0266577)
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
Telephone: (651) 714-8800

Attorney for Plaintiff
Paul Fontecchio

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's claims against defendant U.S. Bank National Association are dismissed with prejudice.

Dated: 3/26, 2000.

John R. Tunheim
United States District Court Judge